**FILED**

**February 02, 2009**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0001640673

# United States Bankruptcy Court
### Eastern District of California

In re     **Davis & Davis, Inc., a California corporation,**              ,     Case No.    **09-90030**

                                        Debtor

Chapter       **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 274,232.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 309,000.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 437.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | 693,584.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 22 | | | |
| Total Assets | | | 274,232.00 | | |
| Total Liabilities | | | | 1,003,021.00 | |

# United States Bankruptcy Court
## Eastern District of California

In re     **Davis & Davis, Inc., a California corporation,**            ,     Case No.     **09-90030**

                                      Debtor

Chapter              **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re    **Davis & Davis, Inc., a California corporation,**    Case No.   **09-90030**

                                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |
| | (Report also on Summary of Schedules) | |

  **0**    continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re     **Davis & Davis, Inc., a California corporation,**                Case No.    __09-90030__

                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.   Cash on hand | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Westamerica Bank, general account 154 (now closed and transferred to DIP account)** | - | 10,313.00 |
| | | **Westamerica Bank, payroll account 463 (now closed and transferred to DIP account)** | - | 3,449.00 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | | **State Compentation Insurance Fund - deposit for insurance** | - | 22,000.00 |
| | | **Navigators Specialty Insurance Company - premiums to be refunded** | - | 27,502.00 |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | X | | | |
| 7.   Furs and jewelry. | X | | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.   Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > | 63,264.00 |
|---|---|---|
|  | (Total of this page) | |

  __3__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

In re     **Davis & Davis, Inc., a California corporation,**          Case No.     **09-90030**

                                 Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts receivable - various builders** | - | 167,518.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                      Sub-Total >      **167,518.00**
                                  (Total of this page)

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                               Best Case Bankruptcy

In re     **Davis & Davis, Inc., a California corporation,**         Case No.    **09-90030**

                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | 1999 Donkey D12 forklift | - | 2,450.00 |
| | | 2006 Ford F650 dump truck | - | 18,000.00 |
| | | 1989 Freightliner sem-tractor | - | 3,500.00 |
| | | 1995 Freightliner semi-tractor | - | 2,500.00 |
| | | 1973 Strick 40 foot flatbed trailer | - | 2,000.00 |
| 30. Inventory. | | Inventory, liquidation value | - | 15,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >       43,450.00
(Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re     **Davis & Davis, Inc., a California corporation,**        Case No.    **09-90030**
_____
                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 274,232.00 |

Sheet   **3**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **Davis & Davis, Inc., a California corporation,**
_____,
Debtor

Case No. **09-90030**
_____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | | |
| Account No. **xxx-x1213**<br><br>**Westamerica Bank**<br>**2490 W. Shaw Avenue, Suite 100-A**<br>**Fresno, CA 93711** | X | - | | | | **Security interest**<br><br>**Inventory, equipment, accounts receivable**<br><br>Value $ **274,232.00** | | | | **309,000.00** | **34,768.00** |
| Account No.<br><br><br><br> | | | | | | Value $ | | | | | |
| Account No.<br><br><br><br> | | | | | | Value $ | | | | | |
| Account No.<br><br><br><br> | | | | | | Value $ | | | | | |

**0** continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | **309,000.00** | **34,768.00** |
| Total<br>(Report on Summary of Schedules) | **309,000.00** | **34,768.00** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Davis & Davis, Inc., a California corporation,**        Case No.    **09-90030**

                                       Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

         **1**      continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037           

In re   **Davis & Davis, Inc., a California corporation,**                                    ,   Case No.   **09-90030**
                                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | Mill tax | | | | | |
| **City of Stockton** **P.O. Box 1570** **Stockton, CA 95201** | - | | | | | | | | 0.00 |
| | | | | | | | | 159.00 | 159.00 |
| Account No. | | | | Occupational lead poisoning prevention fee | | | | | |
| **State Board of Equalization** **Account Analysis & Control Section** **MIC 29** **P.O. Box 942879** **Sacramento, CA 94279-0029** | - | | | | | | | | Unknown |
| | | | | | | | | 278.00 | Unknown |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet   **1**   of   **1**     continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 |
|---|---|---|
| | | 437.00 | 159.00 |
| | Total (Report on Summary of Schedules) | 0.00 |
| | | 437.00 | 159.00 |

In re    **Davis & Davis, Inc., a California corporation,**        ,    Case No.   **09-90030**

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1920**<br><br>**A & B Truck Parts**<br>**959 S. 9th Street**<br>**Modesto, CA 95351** | | - | Parts | | | | 971.00 |
| Account No.<br><br>**Ahern Rentals**<br>**4241 S. Arville Street**<br>**Las Vegas, NV 89103** | | - | Equipment rental | | | | 650.00 |
| Account No. **x5753**<br><br>**Allied Building Products, Inc.**<br>**File 57188**<br>**Los Angeles, CA 90074-7188** | | - | Trade debt | | | | 5,001.00 |
| Account No. **xxx0950**<br><br>**Alpha Numeric**<br>**706 15th Street**<br>**Modesto, CA 95354** | | - | Repair | | | | 134.00 |
| **11** continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 6,756.00 |

In re     **Davis & Davis, Inc., a California corporation,**        ,     Case No.    **09-90030**

                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | Insurance premiums | | | | |
| **American International Recovery** P.O. Box 105795 Atlanta, GA 30348 | | | | | | | 14,200.00 |
| Account No. **STATRO** | | - | Trade debt | | | | |
| **American Lumber Company** 1231 9th Street Modesto, CA 95354 | | | | | | | 1,892.00 |
| Account No. **xxxx9000** | | - | Linens | | | | |
| **Aramark Uniform Service** P.O. Box 5164 Modesto, CA 95352 | | | | | | | 640.00 |
| Account No. **xxxxxx2008** | | - | Water | | | | |
| **Arrowhead** P.O. Box 856158 Louisville, KY 40285-6158 | | | | | | | 61.00 |
| Account No. **xxxxxx6038** | | - | Misc. | | | | |
| **Avaya, Inc.** P.O. Box 5125 Carol Stream, IL 60197-5125 | | | | | | | 286.00 |

Sheet no. __1__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **17,079.00**

In re **Davis & Davis, Inc., a California corporation,**     Case No. **09-90030**

            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Barklay Properties**<br>**228 E. Plaza Street, Suite B-207**<br>**Eagle, ID 83616** | - | | | **Rent on office building and yard** | | | | 100,000.00 |
| Account No.<br><br>**Bright Homes, Inc.**<br>**c/o Clapp, Moroney, Bellagamba**<br>**6130 Stoneridge Mall Rd, Suite 275**<br>**Pleasanton, CA 94588** | - | | | **Disputed cross-claim** | X | X | X | 0.00 |
| Account No.<br><br>**Bright Homes, Inc.**<br>**c/o Clapp, Moroney, Bellagamba**<br>**6130 Stoneridge Mall Rd, Suite 275**<br>**Pleasanton, CA 94588** | - | | | **Disputed cross-claim** | X | X | X | 0.00 |
| Account No. **119**<br><br>**California High Reach, Inc.**<br>**P.O. Box 578519**<br>**Modesto, CA 95357** | - | | | **Service** | | | | 95.00 |
| Account No.<br><br>**California Homes, Inc. Matthew**<br>**Homes, In**<br>**R.E. Development, Inc.**<br>**c/o Clapp, Moroeny, Bellagamba**<br>**6130 Stoneridge Mall Rd, Suite 275**<br>**Pleasanton, CA 94588** | - | | | **Disputed cross-claim** | X | X | X | 0.00 |

Sheet no. **2** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     100,095.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

In re **Davis & Davis, Inc., a California corporation,** Case No. **09-90030**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Disputed cross-claim | | | | |
| Centex Homes c/o Newmeyer & Dillion, LLP 1333 N. California Blvd, Suite 440 Walnut Creek, CA 94596 | | - | | | X | X | X | 0.00 |
| Account No. | | | | Disputed cross-claim | | | | |
| Centex Homes and Centex Real Estate c/o Newmeyer & Dillion 1333 N. California Blvd, Suite 440 Walnut Creek, CA 94596 | | - | | | X | X | X | 0.00 |
| Account No. | | | | Equipment rent | | | | |
| Debra Barker and Mark Layton 228 E. Plaza Street, Suite B-207 Eagle, ID 83616 | | - | | | | | | 160,000.00 |
| Account No. | | | | Collecting for Glesby Wholesale, Inc. | | | | |
| Ellis Stern Stern & Goldberg 6345 Balboa Blvd, Suite 200 Encino, CA 91316 | | - | | | | | | 0.00 |
| Account No. | | | | Disputed cross-claim | | | | |
| Florsheim Bros. dba Florsheim Homes c/o Cooper, White & Cooper 201 California St, 17th Floor San Francisco, CA 94111 | | - | | | X | X | X | 0.00 |

Sheet no. **3** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **160,000.00**

In re    **Davis & Davis, Inc., a California corporation,**      ,    Case No.   **09-90030**

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C / W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2136** | | | Freight | | | | |
| **Gill Express, Inc.** **2372 Walnut Avenue** **Livingston, CA 95334** | - | | | | | | 50.00 |
| Account No. **781** | | | Trade debt | | | | |
| **Glesby Wholesale, Inc.** **P.O. Box 230** **Van Nuys, CA 91408** | - | | | | | | 85,341.00 |
| Account No. **0410** | | | Trade debt | | | | |
| **Hanson Roof Tile West** **P.O. Box 100698** **Pasadena, CA 91189** | - | | | | | | 1,072.00 |
| Account No. **Sx3350** | | | Misc. | | | | |
| **Huff Construction Co.** **4917 Stoddard Road** **Modesto, CA 95356** | - | | | | | | 489.00 |
| Account No. **MRN xxxx5039** | | | Insurance | | | | |
| **Kaiser Permanente** **File 55570** **Los Angeles, CA 90074-5570** | - | | | | | | 322.00 |

Sheet no. __4__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **87,274.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re   **Davis & Davis, Inc., a California corporation,**           Case No.   **09-90030**

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**KB Home Central Valley, Inc.**<br>**cv/o Glaspy & Glaspy, Inc.**<br>**1550 The Alameda, Suite 200**<br>**San Jose, CA 95126** | - | | | Disputed cross-claim | | | | 0.00 |
| Account No.<br><br>**KB Homes Central Valley, Inc.**<br>**c/o Law Offices of Glaspy & Glasby, Inc.**<br>**One Walnut Creek Center**<br>**100 Pringle Avenue, Suite 750**<br>**Walnut Creek, CA 94596** | - | | | Disputed cross-claim | X | X | X | 0.00 |
| Account No.<br><br>**KB Homes Central Valley, Inc.**<br>**KB Homes Sacramento, Inc.**<br>**c/o Law Offices of Glaspy & Glasby, Inc.**<br>**100 Pringle Avenue, Suite 750**<br>**Walnut Creek, CA 94596** | - | | | Disputed cross-claim | X | X | X | 0.00 |
| Account No. **xxxx0718**<br><br>**Les Schwab Tires**<br>**1980 McHenry Avenue**<br>**Escalon, CA 95320** | - | | | Tires | | | | 198.00 |
| Account No.<br><br>**Matthews Homes fdba California Homes**<br>**c/o Clapp, Moroney, Bellagamba**<br>**6130 Stoneridge Mall Rd, Suite 275**<br>**Pleasanton, CA 94588** | - | | | Disputed cross-claim | X | X | X | 0.00 |

Sheet no.  **5**  of  **11**  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

          Subtotal
      (Total of this page)      **198.00**

In re __Davis & Davis, Inc., a California corporation,__ Case No. __09-90030__
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | J C | | | | | |
| Account No. | | | - | | Disputed cross-claim | | | | |
| Matthews Homes fdba California Homes c/o Clapp, Moroney, Bellagamba 6130 Stoneridge Mall Rd, Suite 275 Pleasanton, CA 94588 | | | | | | X | X | X | 0.00 |
| Account No. STAR00 | | | - | | Misc. | | | | |
| Modesto Sand & Gravel 6139 Hammett Road Modesto, CA 95358 | | | | | | | | | 249.00 |
| Account No. 2178 | | | - | | Trade debt | | | | |
| Monier Lifetile LLC P.O. Box 19792 Irvine, CA 92623 | | | | | | | | | 111,733.00 |
| Account No. | | | - | | Disputed cross-claim | | | | |
| Morrison Homes, Inc. c/o Bustamante, O'Hara & Gagliasso 333 W. San Carlos St, 8th Floor San Jose, CA 95110 | | | | | | X | X | X | 0.00 |
| Account No. | | | - | | Disputed claim | | | | |
| Patricia O'Reilly, et al., c/o Kasdan Simonds Riley & Vaughan LLP 1320 Willow Pass Road, Suite 520 Concord, CA 94520 | | | | | | X | X | X | 0.00 |

Sheet no. __6__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) __111,982.00__

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Davis & Davis, Inc., a California corporation,**               ,        Case No.    **09-90030**

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Penney & Associates** <br> **1490 Stone Point Drive** <br> **Suite 200** <br> **Roseville, CA 95661** | | - | | Legal services | | | | 350.00 |
| Account No. **xxx1896** <br><br> **Pitney Bowes Inc.** <br> **P.O. Box 856460** <br> **Louisville, KY 40285** | | - | | Equipment rental | | | | 5,079.00 |
| Account No. **6l528** <br><br> **Praxair Distribution** <br> **Dept. LA 21511** <br> **Pasadena, CA 91185-1511** | | - | | Misc. | | | | 147.00 |
| Account No. **xxx1935** <br><br> **Preferred Alliance, Inc.** <br> **160 Airway Blvd** <br> **Livermore, CA 94551-7600** | | - | | Misc. | | | | 52.00 |
| Account No. **xxxx xxx9 00 4** <br><br> **Purchase Power** <br> **P.O. Box 856042** <br> **Louisville, KY 40285** | | - | | Postage | | | | 24.00 |

Sheet no. **7** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                Subtotal
          (Total of this page)        **5,652.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re   **Davis & Davis, Inc., a California corporation,**                    Case No.   __09-90030__
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Towing | | | | |
| Ramont's Tow Service 320 7th Street Modesto, CA 95354 | | | | | | | | 220.00 |
| Account No. **STATER** | | - | | Backcharge | | | | |
| Ranchwood 923 E. Pacheco Blvd Suite C Los Banos, CA 93635 | | | | | | | | 221.00 |
| Account No. | | - | | Disputed cross-claim | X | X | X | |
| Ranchwood Homes Corp. c/o McCormick, Barstow, Sheppard, Wayte & Carruth LLP P.O. Box 28912 Fresno, CA 93729 | | | | | | | | 0.00 |
| Account No. | | - | | Consulting | | | | |
| Referral Services 1849 Doak Blvd Ripon, CA 95366 | | | | | | | | 17,800.00 |
| Account No. | | - | | Trade debt | | | | |
| RSG California, LLC 400 3rd Street Turlock, CA 95380 | | | | | | | | 134,558.00 |

Sheet no. __8__ of __11__ sheets attached to Schedule of                    Subtotal | 152,799.00
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re __Davis & Davis, Inc., a California corporation,__ Case No. ___09-90030___
_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Trade debt | | | | |
| RSG-California, LLC 881 Shaw Road Stockton, CA 95215 | - | | | | | | | 30,466.00 |
| Account No. | | | | Disputed cross-claim | | | | |
| SCM Homes of California c/o Jenkins, Goodman, Neuman & Hamilton 417 Montgomery Street, 10th Floor San Francisco, CA 94104-1192 | - | | | | X | X | X | 0.00 |
| Account No. | | | | Disputed claim | | | | |
| Shirley Childs, et al c/o Milstein, Adelman, & Kreger LLP 2800 Donald Douglas Loop North Santa Monica, CA 90405 | - | | | | X | X | X | 0.00 |
| Account No. xxxxx3323 | | | | Telephone service | | | | |
| Sprint P.O. Box 4181 Carol Stream, IL 60197 | - | | | | | | | 3,051.00 |
| Account No. | | | | Disputed claim | | | | |
| Steven Acosta, et al c/o Milstein, Adelman & Kreger, LLP 2800 Donald Douglas Loop North Santa Monica, CA 90405 | - | | | | X | X | X | 0.00 |

Sheet no. __9__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) ___33,517.00___

In re    **Davis & Davis, Inc., a California corporation,**        ,    Case No.    **09-90030**

                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **3187** <br><br> **Steves Chevrolet** <br> **P.O. Box 575** <br> **Oakdale, CA 95361** | - | | | Misc. | | | | 45.00 |
| Account No. <br><br> **Taylor Morrison Services, Inc.** <br> **c/o Bustamante, O'Hara & Gagliasso** <br> **333 W. San Carlos St, 8th Floor** <br> **San Jose, CA 95110** | - | | | Disputed cross-claim | X | X | X | 0.00 |
| Account No. **217** <br><br> **Valley Builders Exchange** <br> **P.O. Box 4307** <br> **Modesto, CA 95352** | - | | | Advertising | | | | 279.00 |
| Account No. <br><br> **Vernon Enterprises** <br> **P.O. Box 1597** <br> **Hughson, CA 95326** | - | | | Subcontract work | | | | 1,688.00 |
| Account No. <br><br> **Vic Rauch Consulting** <br> **3410 Mission Avenue, Unit 3** <br> **Carmichael, CA 95608** | - | | | Consulting | | | | 10,800.00 |

Sheet no. __**10**__ of __**11**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                Subtotal <br> (Total of this page)       12,812.00

In re  **Davis & Davis, Inc., a California corporation,** ,  Case No.  **09-90030**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Disputed cross-claim | | | | |
| William Lyon Homes, Inc. c/o Newmeyer & Dillion LLP 1333 N. California Blvd, Suite 440 Walnut Creek, CA 94596 | - | | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | Disputed cross-claim | | | | |
| William Lyon Homes, Inc. c/o Newmeyer & Dillion LLP 1333 N. California Blvd, Suite 440 Walnut Creek, CA 94596 | - | | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | Risk management fees | | | | |
| Winn & Co. P.O. Box 220 Hollister, CA 95024 | - | | | | | | | | |
| | | | | | | | | | 5,420.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. **11** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 5,420.00 |
| | Total (Report on Summary of Schedules) | 693,584.00 |

In re    **Davis & Davis, Inc., a California corporation,**      Case No.    **09-90030**

                                             Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Barklay Properties**<br>**228 E. Plaza Street, Suite B-207**<br>**Eagle, ID 83616** | **Real property lease. Rejected.** |
| **Debra Barker and Mark Layton**<br>**228 E. Plaza Street, Suite B-207**<br>**Eagle, ID 83616** | **Equipment lease. Rejected.** |
| **Pitney Bowes Global Financial Services**<br>**P.O. Box 856460**<br>**Louisville, KY 40285** | **Postage machine lease. Rejected and equipment returned** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Davis & Davis, Inc., a California corporation,**    ,    Case No.    **09-90030**

Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Debra Barker**<br>**228 E. Plaza Street, Suite B-207**<br>**Eagle, ID 83616** | **Westamerica Bank**<br>**2490 W. Shaw Avenue, Suite 100-A**<br>**Fresno, CA 93711** |
| **Mark Layton**<br>**228 E. Plaza Street, Suite B-207**<br>**Eagle, ID 83616** | **Westamerica Bank**<br>**2490 W. Shaw Avenue, Suite 100-A**<br>**Fresno, CA 93711** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

# United States Bankruptcy Court
## Eastern District of California

In re   __Davis & Davis, Inc., a California corporation,__     Case No.   __09-90030__
                              Debtor(s)         Chapter   __11__

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer and Secretary of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __24__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __February 2, 2009__            Signature    __/s/ Debra L. Barker__
                                                  __Debra L. Barker__
                                                  __Chief Financial Officer and Secretary__

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of California

In re __Davis & Davis, Inc., a California corporation,__      Case No.      __09-90030__

_____
Debtor(s)      Chapter      __11__

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

_DEFINITIONS_

_"In business."_ A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

_"Insider."_ The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **2009 to petition date.** |
| **$3,892,554.00** | **2008 gross revenues** |
| **$10,032,549.00** | **2007 gross revenues** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

      AMOUNT              SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Westamerica Bank<br>2490 W. Shaw Avenue, Suite 100-A<br>Fresno, CA 93711 | 10/29/08, 11/30/08, and 12/30/08, paid regular paymnts of $6,518 on term loan | $19,554.00 | $309,100.00 |
| Westamerica Bank<br>2490 W. Shaw Avenue, Suite 100-A<br>Fresno, CA 93711 | Various payments from 10/27/08 to 12/30/08 paid on secured line of credit. Lender held security interest in accounts receivable, etc. | $216,889.00 | $0.00 |
| Westamerica Bank<br>2490 W. Shaw Avenue, Suite 100-A<br>Fresno, CA 93711 | Auction proceeds of equipment paid directly to bank per its demand. Bank held security interest in equipment sold. | $87,400.00 | $0.00 |

None
☐

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Debra Barker and Mark Layton<br>228 E. Plaza Street, Suite B-207<br>Eagle, ID 83616<br>   Shareholders, officers, directors | 1/1/08 and 2/1/08, paid for equipment rental | $40,000.00 | $160,000.00 |

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Barklay Properties**<br>**228 E. Plaza Street, Suite B-207**<br>**Eagle, ID 83616**<br>      Landlord owned by debtor's shareholders | **01/01/08 to 10/28/08.**<br>**Building rent** | **$37,873.00** | **$100,000.00** |
| **Debra Barker**<br>**228 E. Plaza Street, Suite B-207**<br>**Eagle, ID 83616**<br>      Shareholder, officer, director | **08/27/08. Expense**<br>**reimbursement.** | **$7,901.00** | **$0.00** |
| **Luke Layton**<br>**Employee of corporation when operating.**<br>      Son of Mark Layton<br>(shareholder/officer/director) | **Various small payments**<br>**between 4/30/08 and**<br>**12/18/08 for mileage and**<br>**reimbursement of business**<br>**expenses** | **$7,711.00** | **$0.00** |
| **Mark Layton**<br>**228 E. Plaza Street, Suite B-207**<br>**Eagle, ID 83616**<br>      Shareholder/officer/director | **Regular payroll and health**<br>**insurance benefits, paid in**<br>**ordinary course of**<br>**business with other**<br>**employees** | **$212,441.00** | **$0.00** |
| **Debra Barker**<br>**228 E. Plaza Street, Suite B-207**<br>**Eagle, ID 83616**<br>      Shareholder/officer/director | **Regular payroll and health**<br>**insurance benefits, paid in**<br>**ordinary course of**<br>**business with other**<br>**employees** | **$187,751.00** | **$0.00** |
| **Luke Layton**<br>**Former employee of corporation**<br>      Son of Mark Layton<br>(shareholder/officer/director) | **Regular payroll** | **$30,813.00** | **$0.00** |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐
      a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Glesby Building Materials Co. Inc. vs. Davis & Davis, Inc., et al., case number 634817** | **Collection action.** | **Superior Court of California, Stanislaus County** | **Stayed by bankruptcy petition** |
| **Baluyot vs. Morrison Homes and cross-complaint** | **Disputed construction defect case** | | **Stayed by bankruptcy petition.** |
| **Bates vs. Inland and related cross-complaint** | **Disputed construction defect case** | | **Stayed by bankruptcy petition** |
| **Capote vs. Corn Harris and related cross-complaint** | **Disputed construction defect case** | | **Stayed by bankruptcy petition.** |
| **Beltran vs. Oski and related cross-complaint** | **Disputed construction defect case** | | **Stayed by bankruptcy petition.** |
| **Martinez vs. Ranchwood Homes and related cross-complaint** | **Disputed construction defect case** | | **Stayed by bankruptcy petition.** |
| **Shaw vs. California Homes and related cross-complaint** | **Disputed construction defect case** | | **Stayed by bankruptcy petition.** |
| **Steven Acosta vs. Sunrise Homes and related cross-complaint** | **Disputed construction defect case.** | | **Stayed by bankruptcy petition.** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Jim Aguilar vs. Matthews Homes and related cross-complaint. | Disputed construction defect case. | | Stayed by bankruptcy petition. |
| Roger and Rhona Alberts vs. Bright Development and related cross-complaint | Disputed construction defect case. | | Stayed by bankruptcy petition. |
| Laurence and Erica Ali vs. KB Homes and related cross-complaint | Disputed construction defect case. | | Stayed by bankruptcy petition. |
| Leonard Allen vs. KB Homes and related cross-complaint | Disputed construction defect case. | | Stayed by bankruptcy petition. |
| Matthew Allen vs. SCM Homes and related cross-complaint. | Disputed construction defect case. | | Stayed by bankruptcy petition. |
| Salvador Alvarez vs. Bright Development and related cross-complaint | Disputed construction defect case. | | Stayed by bankruptcy petition. |
| Awnie Ammar vs. Matthew Homes and related cross-complaint. | Disputed construction defect case. | | Stayed by bankruptcy petition. |
| Paul Amos vs. Piro Enterprises and related cross-complaint | Disputed construction defect case. | | Stayed by bankruptcy petition. |
| Gayle Andrade vs. Morrison Homes and related cross-complaint. | Disputed construction defect case. | | Stayed by bankruptcy petition. |
| Angelo vs. Surland Development and related cross-complaint. | Disputed construction defect case. | | Stayed by bankruptcy petition. |
| Anthony Angoletta vs. KB Homes and related cross-complaint. | Disputed construction defect case. | | Stayed by bankruptcy case. |
| Antonio vs. KB Homes and related cross-complaint. | Disputed construction defect case. | | Stayed by bankruptcy petition. |
| Barkley vs. Florsheim Homes and related cross-complaint. | Disputed construction defect case. | | Stayed by bankruptcy petition. |
| Barnette vs. Kaufman & Broad and related cross-complaint. | Disputed construction defect case. | | Stayed by bankruptcy petition. |
| Barrientos vs. Ranchwood Homes and related cross-complaint. | Disputed construction defect case. | | Stayed by bankruptcy petition. |
| Nikki Beasley vs. R.E. Development and related cross-complaint. | Disputed construction defect case. | | Stayed by bankruptcy petition. |
| Robert Bertelson vs. Standard Pacific and related cross-complaint. | Disputed construction defect case. | | Stayed by bankruptcy petition. |
| Bickel vs. KB Homes and related cross-compklaint. | Disputed construction defect case. | | Stayed by bankruptcy petition. |
| Borjopn vs. Pulte Homes and related cross-complaint. | Disputed construction defect case. | | Stayed by bankruptcy petition. |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Busevac vs. Dover Investments and related cross-complaint. | Disputed construction defect case. | | Stayed by bankruptcy petition. |
| Cerd vs. Centex Homes and related cross-complaint. | Disputed construction defect case. | | Stayed by bankruptcy petition. |
| Chaparro vs. Raymus Properties and related cross-complaint. | Disputed construction defect case. | | Stayed by bankruptcy petition. |
| Shirley Childs vs. William Lyon Homes and related cross-complaint. | Disputed construction defect case. | | Stayed by bankruptcy petition. |
| Robert Cortez vs. Raymus Homes and related cross-complaint. | Disputed construction defect case. | | Stayed by bankruptcy petition. |
| Verlene Goetz vs. Kimball Hill Homes and related cross-complaint. | Disputed construction defect case. | | Stayed by bankruptcy petition. |
| Luis Hernandez vs. McRoy-Wilbur and related cross-complaint. | Disputed construction defect case. | | Stayed by bankruptcy petition. |
| Marie Luevano vs. Heritage Homes and related cross-complaint. | Disputed construction defect case. | | Stayed by bankruptcy petition. |
| McEachern vs. Ranchwood Homes and related cross-complaint. | Disputed construction defect case. | | Stayed by bankruptcy petition. |
| John Mendoza vs. LBL and related cross-complaint. | Disputed construction defect case. | | Stayed by bankruptcy case. |
| Miguel Mendoza and related cross-complaint. | Disputed construction defect case. | | Stayed by bankruptcy petition. |
| Patricia O'Reilly vs. KB Homes and related cross-complaint. | Disputed construction defect case. | | Stayed by bankruptcy petition. |
| William Redmond vs. KB Homes and related cross-complaint. | Disputed construction defect case. | | Stayed by bankruptcy petition. |
| Robert Roney vs. Centex Homes and related cross-complaint. | Disputed construction defect case. | | Stayed by bankruptcy petition. |
| Manuel Villaneuva vs. William Lyon Homes and related cross-complaint. | Disputed construction defect case. | | Stayed by bankruptcy petition. |
| Western Pacific Housing vs. Adept Painting and related cross-complaint. | Disputed construction defect case. | | Stayed by bankruptcy petition. |
| Donald Wilson vs. William Lyon Homes and related cross-complaint. | Disputed construction defect case. | | Stayed by bankruptcy petition. |
| Winzey vs. Florsheim Brothers and related cross-complaint. | Disputed construction defect case. | | Stayed by bankruptcy petition. |

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 5. Repossessions, foreclosures and returns

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **David C. Johnston**<br>**Gianelli & Associates, A Prof. Law Corp.**<br>**P.O. Box 3212**<br>**Modesto, CA 95353** | **Pre-petition retainer.** | **$8,961 toward attorney's fees and $1,039 for clerk's filing fee.** |

### 10. Other transfers

None ☐  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Various unrelated third parties** | **Between 5/13/08 and 12/29/08** | **Equipment, inventory, and office furniture sold over period of time for total of $280,550 to unrelated third parties at arms length, some in auction. Proceeds applied to secured lender, Westamerica Bank, who held security interest in assets sold.** |

None ■  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ■  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None ■  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☐    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None ☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **DBA State Roofing Company** | **94-2691545** | **4846 Stratos Way Modesto, CA 95356** | **Roofing contractor.** | **1980 to December 2008** |

None ☐    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

     The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

     *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Debra Barker** <br> **228 E. Plaza Street, Suite B-207** <br> **Eagle, ID 83616** | **Chief financial officer of corporation.** |

None ☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Julie Jordan, CPA** | **819 17th Street** <br> **Modesto, CA 95354** | **03/07 and 03/08** |

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|------------------------|
| **Dave Begovich** | **Greenley Lindsay Consultant Group**<br>**3610 American River Drive, Suite 112**<br>**Sacramento, CA 95864** | **05/07, 11/07, 05/08, and 11/08** |

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **Debra Barker**<br>**Chief financial officer has access to records via computer, has key**<br>**to storage unit, and access to records at business premises.** | **228 E. Plaza Street, Suite B-207**<br>**Eagle, ID 83616** |

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| **Westamerica Bank**<br>**2490 W. Shaw Avenue, Suite 100-A**<br>**Fresno, CA 93711** | **07/07 and 07/08** |

### 20. Inventories

None ☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|-------------------|----------------------|-------------------------------------------------------------------|
| **12/17/08** | **Steven Page** | **$42,386 at cost** |
| **9/30/08** | **Steven Page** | **$90,517 at cost** |

None ☐    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|-------------------------------------------------------|
| **12/17/08** | **Debra Barker**<br>**228 E. Plaza Street, Suite B-207**<br>**Eagle, ID 83616** |
| **9/30/08** | **Debra Barker**<br>**228 E. Plaza Street, Suite B-207**<br>**Eagle, ID 83616** |

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|------------------|-------|---------------------------------------------|
| **Mark Layton**<br>**228 E. Plaza Street, Suite B-207**<br>**Eagle, ID 83616** | **President/Director** | **50% through trust** |

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Debra Barker**<br>**228 E. Plaza Street, Suite B-207**<br>**Eagle, ID 83616** | **Secretary/Chief Fin.**<br>**Officer/Director** | **50% through trust** |

**22 . Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Debra Barker and Mark Layton**<br>**228 E. Plaza Street, Suite B-207**<br>**Eagle, ID 83616**<br>    **Shareholders/officers/directors** | **1/1/08 and 2/1/08 equipment rental** | **$40,000 paid.  $160,000 still owed.** |
| **Barklay Properties**<br>**228 E. Plaza Street, Suite B-207**<br>**Eagle, ID 83616**<br>    **Landlord owned by debtor's shareholders** | **01/01/08 to 10/28/08 portion of building rent paid** | **$37,873 paid. $100,000 still owed.** |
| **Debra Barker**<br>**228 E. Plaza Street, Suite B-207**<br>**Eagle, ID 83616**<br>    **Shareholder/officer/director** | **08/27/08 expense reimbursement** | **$7,901** |
| **Luke Layton**<br>**Former employee of corporation**<br>    **Son of Mark Layton**<br>**(shareholder/officer/director)** | **Various small payments between 4/30/08 and 12/18/08 for mileage and reimbursement of business expenses.** | **$7,711** |
| **Mark Layton**<br>**228 E. Plaza Street, Suite B-207**<br>**Eagle, ID 83616**<br>    **Shaerholder/officer/director** | **Regular payroll and health insurance benefits, paid in ordinary course of business with other employees** | **$212,441** |
| **Debra Barker**<br>**228 E. Plaza Street, Suite B-207**<br>**Eagle, ID 83616**<br>    **Shareholder/director/officer** | **Regular payroll and health insurance benefits, paid in ordinary course of business with other employees** | **$187,751** |
| **Luke Layton**<br>**Former employee of corporation**<br>    **Son Mark Layton**<br>**(shareholder/officer/director)** | **Regular payroll** | **$30,813** |

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
☐

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                TAXPAYER IDENTIFICATION NUMBER (EIN)
**Davis & Davis, Inc. dba State Roofing Profit-Sharing and 401(k) Plan. Plan**          **77-6005485**
**terminated in 2008.**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **February  2, 2009**                          Signature  **/s/ Debra L. Barker**
                                                                  **Debra L. Barker**
                                                                  **Chief Financial Officer and Secretary**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*